USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
J&R SLAW, INC.,                     :
                                    :
                    Plaintiff,      :
                                    :         07 CIV 10308(VM)
                                    :
           - against -              :         ORDER
                                    :
ALL SYSTEMS PRECAST, INC.,          :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiff J&R Slaw, Inc. ("Slaw") asserts that it is a Pennsylvania corporation with a principal place of business in Lehighton, Pennsylvania, and that defendant All Systems Precast, Inc. ("All Systems"), is a New York corporation with a principal place of business in Farmingdale, New York. The complaint indicates that the events giving rise to the underlying action occurred in connection with the alleged breach by All Systems of a subcontract (the "Agreement") between Slaw and All Systems relating to the construction of a project located in Dobbs Ferry, New York, and that All Systems entered into partial performance of the Agreement, including reviewing development of precast concrete elements, submitting relevant drawings and presenting change orders. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to

this action are located in the Eastern District of New York. Accordingly, it is hereby

**ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         20 November 2007

                                          Victor Marrero
                                            U.S.D.J.